AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kevin Crow,
    Plaintiff,

V.

Prudential Insurance Company
of America,
    Defendant.

CASE NUMBER: **08 C 607**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEFKOW
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Prudential Insurance Company of America
c/o Illinois Director of Insurance
James R. Thompson Center
100 W. Randolph Street, Suite 9-301
Chicago, IL 60601

RECEIVED
STATE OF ILLINOIS
FEB 04 2008
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe Street, Suite 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
-------------------------
**(By) DEPUTY CLERK**



**January 28, 2008**
-------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 2/4/08 |
| NAME OF SERVER (PRINT) Elinor Hart | TITLE Office Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: IL Division of Insurance

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/4/08

Signature of Server

Address of Server: 55 W. Monroe, Ste 2440, Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.