UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00607 |
| ) | |
| ) | Judge Lefkow |
| PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RULE 7.1/LR 3.2 DISCLOSURE STATEMENT**

Defendant, The Prudential Insurance Company of America ("Prudential"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 and states as follows:

The Prudential Insurance Company of America, a New Jersey corporation, is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of Prudential Insurance Company of America. Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of Prudential Holdings, LLC. Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

Dated: March 7, 2008

Respectfully submitted,

/s/ Lucy Dunn Schwallie_____

1-CH/209443.1

Charles C. Jackson
Lucy Dunn Schwallie
MORGAN, LEWIS, & BOCKIUS
77 W. Wacker, Fifth Floor
Chicago, IL 60657
(312) 324-1000
(312) 324- 1001 (facsimile)


Attorneys for Defendant, Prudential
Insurance Company of America

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing **Rule 7.1/ LR 3.2 Disclosure Statement** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Mark D. DeBofsky
>Daley, DeBofsky & Bryant
>55 W. Monroe St., Suite 2440
>Chicago, IL 60602

>/s/ Lucy Schwallie_____
>Lucy Dunn Schwallie