UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kevin Crow

                Plaintiff,

v.

Prudential Insurance Company Of America

                Defendant.

Case No.: 1:08−cv−00607
Honorable Joan H. Lefkow

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: settlement conference.(mad, )Mailed notice.

Dated: April 17, 2008

                                                /s/ Joan H. Lefkow

                                             United States District Judge