**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kevin Crow

                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−00607
                                                      Honorable Joan H. Lefkow

Prudential Insurance Company Of America

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

        MINUTE entry before the Honorable Susan E. Cox: Status hearing set for 4/29/08
at 9:30 a.m. in Courtroom 1342. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.