IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CROW,<br><br>             Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>             Defendant. | Case No.: 1:08-cv-00607<br>*Honorable Joan Humphrey Lefkow* |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant The Prudential Insurance Company of America, pursuant to the attached Substitution of Attorneys, moves this Court for leave to substitute the appearance of Rebecca M. Rothmann and Edna S. Bailey of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, for that of Thomas F. Hurka, Charles Clark Jackson and Lucy D. Schwallie, Morgan, Lewis & Bockius, LLP, withdrawn.

Respectfully Submitted,

**THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, Defendant**

By:   __/s/ Edna S. Bailey__
           One of Its Attorneys

Rebecca M. Rothmann
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522

500961.1

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEVIN CROW,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | Case No.: 1:08-cv-00607<br>*Honorable Joan Humphrey Lefkow* |

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

It is hereby stipulated and agreed that Rebecca M. Rothmann and Edna S. Bailey of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP are allowed to substitute as counsel on behalf of Defendant The Prudential Insurance Company of America, in lieu of Thomas F. Hurka, Charles Clark Jackson and Lucy D. Schwallie, of the law firm of Morgan, Lewis & Bockius, LLP, withdrawn.

By: ___/s/Thomas F. Hurka_____
　　Thomas F. Hurka
　　Charles Clark Jackson
　　Lucy D. Schwallie
　　Morgan, Lewis & Bockius LLP
　　77 West Wacker Drive, Fifth Floor
　　Chicago, Illinois 60601
　　(312) 324-1728

By: ___/s/ Edna S. Bailey_____
　　Rebecca M. Rothmann
　　Edna S. Bailey
　　Wilson Elser
　　120 North LaSalle Street, Suite 2600
　　Chicago, Illinois 60602
　　(312) 704-0550

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 1, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon all counsel of record.

Parties may access this filing through the Court's system.

*/s/ Edna S. Bailey*
Edna S. Bailey

500961.1