IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CROW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No.:  1:08 cv 607<br>*Honorable Judge Joan H. Lefkow* |

## NOTICE OF MOTION

To:　*Attorney for Plaintiff*
　　　Mark D. DeBofsky　　　　　　　　　　　Thomas F. Hurka
　　　Daley, DeBofsky & Bryant　　　　　　　　Charles C. Jackson
　　　55 West Monroe Street, Suite 2440　　　　Lucy D. Schwallie
　　　Chicago, Illinois 60603　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　(312) 372-5200　　　　　　　　　　　　77 West Wacker Drive, Fifth Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　(312) 324-1728

　　　**PLEASE TAKE NOTICE** that on the 8th day of July 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan H. Lefkow in Room 1925 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present *Defendant The Prudential Insurance Company of America's Motion for Substitution of Counsel*, a copy of which is attached and is herewith served upon you.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**THE PRUDENTIAL INSURANCE COMPANY
　　　　　　　　　　　　　　　　　　　　OF AMERICA, Defendant**


　　　　　　　　　　　　　　　　　　　　By:　___*/s/ Edna S. Bailey*_____
　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Rebecca M. Rothmann, Esq.
Edna S. Bailey, Esq.
WILSON, ELSER, MOSKOWITZ,
　EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602

500788.1

(312) 704-0550

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 1, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon all counsel of record.

Parties may access this filing through the Court's system.

<i>/s/ Edna S. Bailey</i><br>
Edna S. Bailey

500788.1