# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 607 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Crow vs. The Prudential Insurance Company of America | | |

**DOCKET ENTRY TEXT**

Defendant's motion for substitution of counsel [20] is granted. Thomas F. Hurka, Charles Clark Jackson, and Lucy D. Schwallie, Morgan, Lewis & Bockius, LLP is withdrawn, and Rebecca M. Rothmann and Edna S. Bailey of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, are granted leave to file their appearance on behalf of defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|