UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Kevin Crow
                                         Plaintiff,
v.                                                      Case No.: 1:08−cv−00607
                                                        Honorable Joan H. Lefkow
Prudential Insurance Company Of America
                                         Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 4, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Status hearing reset to 10/2/2008 at 09:30 AM by agreement.Telephoned notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.